FORM 2
COVER SHEET

06-116

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s) CALIFORNIA OREGON BROADCASTING, INC.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Neil H. O'Donnell, Esq.

Firm Name: ROGERS JOSEPH O'DONNELL & PHILLIPS

Post Office Box:

Street Address: 311 California Street, 10th Floor

City-State-Zip: San Francisco, CA 94104

Telephone & Facsimile Numbers: Tel: 415.956.2828; Fax 415.956.6457

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If NO, please call (202) 357-6406 for admission papers and instructions.

Nature of Suit Code: 1 3 4
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: D Q I
See attached sheet for three digit codes.

Amount Claimed: $ At least $1,000,000.00
Use estimate if specific amount is not pleaded.

Bid Protest: $
Indicate approximate amount of procurement at issue.
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination:

Related Cases:
If this case is directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.