# UNITED STATES COURT OF FEDERAL CLAIMS

**CALIFORNIA OREGON BROADCASTING, INC.,**

**Plaintiff,**

vs.

**UNITED STATES OF AMERICA,**

**Defendant.**

No. 06-116 C

**CALIFORNIA OREGON BROADCASTING, INC.'S DISCLOSURE STATEMENT**

FILED
FEB 17 2006
U.S. COURT OF FEDERAL CLAIMS

Pursuant to the Rules of the U.S. Court of Federal Claims 7.1(a), California Oregon Broadcasting, Inc. states that it has no parent corporation and that no other publicly held corporation owns 10% or more of California Oregon Broadcasting, Inc.'s stock.

Dated: February 16, 2006

Respectfully submitted,

NEIL H. O'DONNELL
ROGERS JOSEPH O'DONNELL & PHILLIPS
311 California Street
San Francisco, CA 94104
Tele. (415) 956-2828
Fax (415) 956-6457

Attorneys for Plaintiff California Oregon Broadcasting, Inc.

OF COUNSEL:

Mark A. Kahn
ROGERS JOSEPH O'DONNELL & PHILLIPS
311 California Street
San Francisco, CA 94104
Tele. (415) 956-2828
Fax (415) 956-6457



243992.1