IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CALIFORNIA OREGON BROADCASTING, INC., Plaintiff, | |
| v. | No. 06-116C (Judge Firestone) |
| THE UNITED STATES, Defendant. | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of MARLA T. CONNEELY as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Attention: Classification Unit
8th Floor

Dated: March 17, 2006

s/Marla T. Conneely
MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Tel: (202) 305-3689
Fax: (202) 305-7643