IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CALIFORNIA OREGON BROADCASTING, INC., Plaintiff, | ) | No. 06-116C |
| v. | ) | Judge Firestone |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 35-day enlargement of time, to and including May 23, 2006, within which to file its response to the complaint. Our response is currently due on April 18, 2006. This is defendant's first request for an enlargement of time for this purpose. The plaintiff, through counsel, has been contacted by phone regarding this request and does not oppose this motion.

The enlargement is requested because the Government needs additional time to further consult with the agency and prepare an appropriate response to the complaint. As a result of initial discussions between the undersigned and agency counsel, it became apparent that additional factual investigations and legal research would be required for the Government to prepare its response. The additional time is necessary for defendant’s counsel to conduct this investigation and research, as well as draft an appropriate response to the complaint, incorporate comments of agency counsel, and obtain review of its response.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

OF COUNSEL:

SUZANNE BOYCE CARLSON
Office of the Solicitor
Pacific Southwest Region
1111 Jackson Street, Suite 735
Oakland, California 94607

s/Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 307-1011
fax: (202) 307-0972

April 14, 2006

Attorneys for Defendant