# In the United States Court of Federal Claims

**No. 06-116C**
**(Filed: April 19, 2006)**

* * * * * * * * * * * * * * * * * *

**CALIFORNIA OREGON BROADCASTING, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

## ORDER ON MOTION

The court **GRANTS** the Defendant's unopposed Motion for Enlargement of Time, filed on April 14, 2006. The Defendant shall have until **May 23, 2006** to file its response to the complaint.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Bruggink