# In the United States Court of Federal Claims

**No. 95-758T**
**(Filed: April 19, 2006)**

* * * * * * * * * * * * * * * * * *

**NATIONAL WESTMINSTER BANK PLC,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**O R D E R**

Following the status conference held on April 19, 2006, the court **ORDERS** a stay of proceedings until **May 22, 2006**, pending receipt of the parties' proposed judgment.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge