IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CALIFORNIA OREGON BROADCASTING, INC., | ) | |
| | ) | No. 06-116C |
| Plaintiff, | ) | |
| v. | ) | Judge Firestone |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 22-day enlargement of time, to and including June 15, 2006, within which to file its response to the complaint. Our response is currently due on May 23, 2006. This is defendant's second request for an enlargement of time for this purpose. An enlargement of 35 days was previously granted by the Court. Defendant’s counsel contacted plaintiff’s counsel, who states that plaintiff opposes this motion.

On May 15, 2006, plaintiff filed a motion for summary judgment on liability in this case. Defendant’s response to plaintiff’s motion is due on June 15, 2006. Defendant anticipates filing a motion to dismiss or, in the alternative, for summary judgment in lieu of an answer to the complaint. Accordingly, it would be in the interests of judicial economy and a conservation of both parties’ resources to enlarge the deadline for filing defendant’s response to the complaint to June 15, 2006 to allow the defendant to file a response to plaintiff’s motion with a cross-motion all in one brief. Otherwise, defendant would file its own dispositive motion and two separate briefing schedules would be operating concurrently in this matter.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick by Donald E. Kinner
MARK A. MELNICK
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 307-1011
fax: (202) 307-0972

Attorneys for Defendant

OF COUNSEL:

PAULA LEE
Office of the Solicitor
Pacific Southwest Region
1111 Jackson Street, Suite 735
Oakland, California 94607

May 19, 2006