IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CALIFORNIA OREGON BROADCASTING, INC., | ) | |
| Plaintiff, | ) | No. 06-116C |
| v. | ) | Judge Firestone |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 5-day enlargement of time, to and including June 20, 2006, within which to file its response to the complaint and to plaintiff's motion for partial summary judgment, filed on May 15, 2006. Our response is currently due on June 15, 2006. This is defendant's third request for an enlargement of time for this purpose. An enlargement of 35 days and 22 days was previously granted by the Court. Defendant's counsel contacted plaintiff's counsel, who states that plaintiff opposes this motion.

This motion is necessary to afford the Government sufficient time to draft an appropriate response to the complaint, incorporate comments of agency counsel, and obtain review of its response. While counsel has made progress in researching and preparing an appropriate response to the complaint and to plaintiff's motion for partial summary judgment, matters in this Court and the United States Court of Appeals for the Federal Circuit have significantly limited counsel's time to prepare the Government's response in this case. Accordingly, defendant seeks a modest enlargement of an additional five days to respond to the complaint.

Specifically, since receiving the prior enlargement for this purpose, the matters pending before this Court that have required counsel's attention are: preparation of the Government's

sur-reply brief in Impresa Construzioni Geom. Domenico Garufi v. United States, No. 99-400, filed on May 24, 2006; preparation of the Government's opposition to plaintiff's motion for judgment on the administrative record and cross-motion for judgment on the administrative record in Chant Engineering Co., Inc. v. United States, No. 06-282 (bid protest), filed on May 30, 2006; preparation of the Government's reply brief in Chant Engineering Co., Inc. v. United States, No. 06-282 (bid protest), due June 7, 2006; and preparation for a hearing on cross-motions for judgment upon the administrative record in Chant Engineering Co., Inc. v. United States, No. 06-282 (bid protest), on June 14, 2006.

The matters pending before this Court that have required or will require the attention of respondent's counsel are: preparation for oral argument in Frazier v. United States, 05-5171, on June 5, 2006; preparation for oral argument in Lear Siegler Servs., Inc. v. Rumsfeld, No. 06-1080, on June 9, 2006; preparation of the Government's brief in Carter v. Office of Pers. Mgnt., No. 06-3111, due June 16, 2006; and preparation of the Government's brief in Davis v. Nicholson, No. 06-3053, due June 19, 2006.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

OF COUNSEL:

PAULA LEE
Office of the Solicitor
Pacific Southwest Region
1111 Jackson Street, Suite 735
Oakland, California 94607

s/Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 307-1011
fax: (202) 307-0972

June 15, 2006

Attorneys for Defendant