United States Department of the Interior
NATIONAL PARK SERVICE
WHISKEYTOWN NATIONAL RECREATION AREA
WHISKEYTOWN-SHASTA-TRINITY NATIONAL RECREATION AREA
P.O. BOX 188
WHISKEYTOWN, CA 96095-0188

IN REPLY REFER TO:

WHIS L 3027

January 12, 2006

COPY

Ms. Patsy Smullin
California Oregon Broadcasting, Inc.
P.O. Box 1489
Medford, OR 97501-0240

Dear Patsy:

Thank you for your letter dated December 14, 2005. We are pleased that you have decided to contact your sublessees regarding the National Park Service ("NPS") right-of-way permitting process. Your letter asks for clarification of several issues related to this process. As we stated in our letter of December 2, 2005, we are willing to offer your sublessees the same opportunity as COBi to apply for right-of-way permits. Our general approach with respect to all permit applications will be to follow applicable NPS laws, regulations, and policies. The remainder of this letter addresses the more specific points of your letter.

We will first address your questions regarding the charge for use and occupancy of lands. The applicable regulation at 36 C.F.R. 14.26 requires the NPS to assess a fair market value charge. As NPS has done at other sites in the Pacific West Region, NPS intends to utilize the services of a private sector appraisal firm to determine fair market value for the various users on the site. NPS intends to ask this firm to consider whether different charges are appropriate for those users who own towers ("tower owners") as opposed to those users who have located equipment on a tower owned by another entity ("co-locators"). NPS cannot know in advance of the appraisal process what the applicable fair market value may be for any particular user. Permit fees more recently established for wireless telecommunication facilities in the Pacific West Region have ranged from $800 to $2500 per month per tower owner. These figures are not meant to be an indication of what fees may be at Shasta Bally but are provided solely for informational purposes. Actual fees for Shasta Bally could be higher or lower than this range depending on the appraisal.

Certain entities may be exempt from the use and occupancy charge. The applicable regulation at 36 C.F.R. 14.26(c) provides that no charge will be made for use and occupancy "[w]here the use and occupancy are exclusively for irrigation projects, municipally operated projects, or non-profit or Rural Electrification Administration projects, or where the use is by a Federal governmental agency." The NPS intends to follow this regulation.

We will next address your questions regarding the procedures to be followed by tower owners and co-locators. It is our expectation that in these situations a co-locator will need both an NPS right-of-way permit and an agreement with the tower owner before locating on the existing tower. It is also our expectation that the tower owner and co-locator will negotiate the terms of their agreement independently of the right-of-way permitting process. However, before processing a right-of-way permit application for a co-locator, NPS will need evidence that the tower owner has granted the co-locator permission to be on

the tower. Once this evidence is provided, it our expectation that permits for co-locators could be processed in a more expedited manner. As explained below, NPS intends to complete one environmental compliance process for the entire site. Once this process is completed, permits for co-locators may be issued more quickly provided the prospective permittees agree to the terms of the NPS permit template, which we have previously provided to you.

With respect to environmental compliance, the Park is required to complete environmental compliance under the National Environmental Policy Act prior to issuing right-of-way permits. The Park intends to complete one compliance process for the entire site. With respect to the cost of the environmental compliance, the regulation at 36 C.F.R. 14.22 provides that applicants for right-of-way permits are required to reimburse the United States for this cost as well as all other costs incurred by the United States for processing the permit application, for monitoring the construction, operation, maintenance, and termination of the permit, and for protection and rehabilitation of the lands involved. For Shasta Bally, our preference is that the various entities who would like to apply for right-of-way permits develop their own process for apportioning costs. If the prospective permittees do not establish a process in a timely manner, NPS will likely divide the cost of the environmental compliance equally among the tower owners. This approach makes sense because as you state in your letter co-locators come and go frequently. In contrast, the tower owners have a more lasting presence and a greater impact on the environment. Tower owners will also have the opportunity to negotiate independent agreements with co-locators in which the tower owners could seek to recoup the costs of the environmental compliance.

Road access will be included in each new right-of-way permit. Because some parties use the road more frequently than others, NPS intends to assess the costs for road access in a manner that takes into account the varying levels of use. However, NPS will need more information regarding who would like to continue on the mountaintop and what their expected usage levels will be before deciding on a specific process for assessing road access costs.

Your sublessees should also be aware that NPS policy provides that NPS will only issue right-of-way permits to Federal Communications Commission licensees. See NPS Management Policies 2001, Section 8.6.4.3, and NPS Reference Manual 53, Appendix 5, Exhibit 6. Consequently, the Park will not be able to consider applications for right-of-way permits for any entities that do not hold FCC licenses.

We look forward to hearing from you soon regarding whether COBi intends to begin the NPS right-of-way permitting process, and we ask for your reply by January 27, 2006. As we stated in our letter of December 2, 2005, the Park is ready to assist COBi and any other interested occupants of the site at Shasta Bally in the process of applying for NPS right-of-way permits. If you have any questions or require any further information, please feel free to contact me at 530-242-3460 or email me at Jim_Milestone@nps.gov.

Sincerely,

Jim F. Milestone

Jim F. Milestone
Superintendent

cc: Suzanne Boyce Carlson, PWR, Field Solicitor's Office