# UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **CALIFORNIA OREGON BROADCASTING, INC.,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. 06-CV-00116-NBF** |

## DECLARATION OF NEIL H. O'DONNELL

I, Neil H. O'Donnell, declare as follows:

1. I am a member of the law firm of Rogers Joseph O'Donnell & Phillips, counsel of record for plaintiff California Oregon Broadcasting, Inc. ("COBi"), in this action. I submit this declaration in support of COBi's Motion to Expedite Ruling on Cross-Motions for Summary Judgment and Motion for Hearing. I have personal knowledge of the facts stated herein, and, if called to testify thereto, I could and would do so.

2. On July 21, 2006, at approximately 10:30 A.M. PDT (1:30 PM EDT), I called Marla T. Conneely, counsel of record for the Government in this matter, to discuss the motion for expedited ruling that COBi planned to file later in the day, including whether the Government would join in that request and, if not, an accelerated briefing schedule for that motion.

3. Ms. Conneely did not answer the phone when I called, but her outgoing message indicated that she would be in the office today. Accordingly, I left a voicemail

message for Ms. Conneely requesting that she call me back that day to discuss the COBi matter.

4. As of the time of the filing of this motion, I have not received a call back from Ms. Conneely.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on July 21, 2006.

s/Neil H. O'Donnell
NEIL H. O'DONNELL