IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CALIFORNIA OREGON BROADCASTING, INC., | ) | |
| | ) | No. 06-116C |
| Plaintiff, | ) | |
| v. | ) | Judge Firestone |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an eight-day enlargement of time, to and including August 1, 2006, within which to file its reply to plaintiff's opposition to defendant's cross-motion for summary judgment. Our response is currently due on July 24, 2006. This is defendant's first request for an enlargement of time for this purpose. Defendant's counsel contacted plaintiff's counsel, who states that plaintiff does not oppose this motion.

This motion is necessary to afford the Government sufficient time to draft an appropriate reply brief, incorporate comments of agency counsel, and obtain review of its reply brief. Plaintiff filed its response brief on July 7, 2006. However, Government counsel was out of the office from July 10, 2006 through July 20, 2006, to take and defend depositions in Redding, San Francisco, and Sacramento, California in Ralph Franklin & Son Logging v. United States, Fed. Cl. No. 04-1679. Accordingly, defendant seeks a modest enlargement of an additional eight days to file its reply brief.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 307-1011
fax: (202) 307-0972

Attorneys for Defendant

OF COUNSEL:

PAULA LEE
Office of the Solicitor
Pacific Southwest Region
1111 Jackson Street, Suite 735
Oakland, California 94607

July 24, 2006