# In the United States Court of Federal Claims

**No. 06-116C**
**(Filed: July 28, 2006)**

* * * * * * * * * * * * * * * * * *

**CALIFORNIA OREGON BROADCASTING, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**ORDER ON MOTION**

Defendant's unopposed motion, filed July 24, 2006, for an 8-day enlargement of time within which to file its reply in support of its cross motion for summary judgement is **GRANTED**. Accordingly, defendant shall file its reply by **Tuesday, August 1, 2006**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge