# In the United States Court of Federal Claims

**No. 06-116C**
**(Filed: July 28, 2006)**

* * * * * * * * * * * * * * * * *
CALIFORNIA OREGON BROADCASTING, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * *

**ORDER**

The court is in receipt of plaintiff's motion, filed July 21, 2006, for expedited consideration of the pending cross motions for summary judgment and motion for hearing. The court will use its best effort to resolve the above-captioned matter expeditiously given the court's current calendar.

Oral Argument on the parties cross motions for summary judgment shall be heard on **Thursday, October 26, 2006 in San Francisco, CA**. In advance of the argument the court will issue an order providing the parties with specific questions they should be prepared to discuss at argument.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge