IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CALIFORNIA OREGON BROADCASTING, INC., | ) | |
| | ) | No. 06-116C |
| Plaintiff, | ) | |
| v. | ) | Judge Firestone |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a seven-day enlargement of time, to and including August 8, 2006, within which to file its reply to plaintiff's opposition to defendant's cross-motion for summary judgment. Our response is currently due on August 1, 2006. This is defendant's second request for an enlargement of time for this purpose. An enlargement of eight days was previously granted by this Court. Defendant's counsel contacted plaintiff's counsel, who states that plaintiff does not object to this motion

This motion is necessary to afford the Government sufficient time to draft an appropriate reply brief, incorporate comments of agency counsel, and obtain review of its reply brief. Plaintiff filed its response brief on July 7, 2006. Government counsel was out of the office from July 10, 2006 through July 20, 2006, to take and defend depositions in Redding, San Francisco, and Sacramento, California in Ralph Franklin & Son Logging v. United States, Fed. Cl. No. 04-1679. When Government counsel drafted its first request for an enlargement of time and contacted plaintiff's counsel regarding the same, Government counsel expected to take third-party depositions in Redding, California for Ralph Franklin & Son Logging v. United States, Fed. Cl. No. 04-1679, during the week of July 31, 2006. However, due to a conflict in the schedules

of the third-party deponents, the depositions were moved to July 27-28, 2006. Accordingly, after returning to the office on July 24, 2006, Government counsel was once again required to be out of the office from July 26, 2006 through July 29, 2006 to take depositions in Redding, California. Accordingly, defendant seeks a modest enlargement of an additional three days to file its reply brief.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 307-1011
fax: (202) 307-0972

OF COUNSEL:

PAULA LEE
Office of the Solicitor
Pacific Southwest Region
1111 Jackson Street, Suite 735
Oakland, California 94607

August 1, 2006

Attorneys for Defendant