# In the United States Court of Federal Claims

**No. 06-116C**
**(Filed: August 2, 2006)**

* * * * * * * * * * * * * * * * *
*
**CALIFORNIA OREGON** *
**BROADCASTING, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER ON MOTION**

Defendant's unopposed motion, filed August 1, 2006, for a seven-day enlargement of time within which to file its reply in support of its cross motion for summary judgement is **GRANTED**. Accordingly, defendant shall file its reply by **Tuesday, August 8, 2006**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge