# In the United States Court of Federal Claims

**No. 06-116C**
**(Filed: October 4, 2006)**

* * * * * * * * * * * * * * * * * *

**CALIFORNIA OREGON BROADCASTING, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**ORDER**

Oral argument on the parties' cross motions for summary judgment shall be heard on **Thursday, October 26, 2006 at 9:00 a.m.** at the United States District Court, Phillip Burton United States Courthouse, 450 Golden Gate Avenue, Courtroom D, 15th Floor, San Francisco, CA.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge