# In the United States Court of Federal Claims

**No. 06-116C**
**(Filed: October 18, 2006)**

* * * * * * * * * * * * * * * * *

**CALIFORNIA OREGON BROADCASTING, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

At the oral argument on the parties' cross motions for summary judgment, scheduled for Thursday, October 26, 2006 at 9:00 a.m., the parties shall be prepared to address the following cases: Pruner v. Brown, 216 Va. 885 (Va. 1976), and Glenn v. Bacon, 260 P. 559 (Cal. Ct. App. 1927).

In addition, by Friday, October 20, 2006, the plaintiff shall submit to the court an updated summary of its actual damages.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge