# In the United States Court of Federal Claims

**No. 06-116C**
**(Filed: December 13, 2006)**

* * * * * * * * * * * * * * * * * *

**CALIFORNIA OREGON BROADCASTING, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**ORDER STAYING CASE FOR 90 DAYS**

Based on the representations of the parties during the status conference held on December 8, 2006, the court orders that the above-captioned case be **STAYED** for 90 days. The parties shall file either a joint status report or a joint stipulation of dismissal by **March 8, 2007**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge