IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CALIFORNIA OREGON BROADCASTING, INC., | ) | |
| Plaintiff, | ) | No. 06-116C |
| v. | ) | Judge Firestone |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the order entered December 13, 2006, the parties, through their respective counsel of record, respectfully submit this joint status report regarding the parties' settlement negotiations.

The parties met for settlement negotiations in San Francisco, California on March 6, 2007. Prior to meeting, the parties served informal document requests upon each other and exchanged relevant documents regarding potential damages in this case. After meeting for most of the day, the parties were unable to reach a settlement, but are hopeful that, after further information is exchanged and examined, an amicable resolution may be reached without the assistance of the Court. Therefore, the parties respectfully request that this case be stayed an additional 60 days, to and including May 7, 2007, so that they may engage in further negotiations.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 307-1011
fax: (202) 307-0972

OF COUNSEL:

Suzanne Boyce Carlson
Office of the Solicitor
Pacific Southwest Region
1111 Jackson Street, Suite 735
Oakland, California 94607

Attorneys for Defendant

s/Neil H. O'Donnell
NEIL H. O'DONNELL
Rogers Joseph O'Donnell & Phillips
311 California Street
San Francisco, California 94104
Tel. (415) 956-2828
Fax (415) 956-6457

Attorney for Plaintiff

March 8, 2007