# In the United States Court of Federal Claims

**No. 06-116C**
**(Filed: March 9, 2007)**

* * * * * * * * * * * * * * * * *
*
**CALIFORNIA OREGON** *
**BROADCASTING, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER STAYING CASE

The court is in receipt of the parties' joint status report, filed on March 8, 2007, requesting that the above-captioned case be stayed for an additional 60 days in order to continue their settlement negotiations. The parties' request that the case be stayed for an additional 60 days is **GRANTED**. The parties shall file either a joint status report or a joint stipulation of dismissal by **May 7, 2007**. If the parties have not reached a settlement agreement by May 7, 2007, the court shall schedule a status conference to set a date for trial.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge