# UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **CALIFORNIA OREGON BROADCASTING, INC.,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. 06-CV-00116-NBF**<br><br>**CHANGE OF FIRM NAME AND EMAIL ADDRESS**<br><br>**ELECTRONICALLY FILED: 3/15/07** |

PLEASE TAKE NOTICE that Rogers Joseph O'Donnell & Phillips has changed its name to ROGERS JOSEPH O'DONNELL.

The email address for the undersigned has been changed to: nodonnell@rjo.com. The address, fax and telephone numbers remain the same.

Dated: March 15, 2007

Respectfully submitted,

s/Neil H. O'Donnell

NEIL H. O'DONNELL
ROGERS JOSEPH O'DONNELL
311 California Street, 10th Floor
San Francisco, CA 94104
Tele. (415) 956-2828
Fax (415) 956-6457

Attorneys for Plaintiff California Oregon Broadcasting, Inc.



256420.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March, 2007, a copy of the foregoing **CHANGE OF FIRM NAME AND EMAIL ADDRESS** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Neil H. O'Donnell