# In the United States Court of Federal Claims

**No. 06-116C**
**(Filed: May 16 , 2007)**

* * * * * * * * * * * * * * * * *

**CALIFORNIA OREGON BROADCASTING, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

As discussed during the status conference held on May 15, 2007, the following schedule is set for discovery:

**Friday, October 15, 2007** Close of fact and expert discovery.

After the close of discovery, the court will contact the parties to schedule a status conference regarding a trial date.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge