IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CALIFORNIA OREGON BROADCASTING, INC., | ) | |
| | ) | No. 06-116C |
| Plaintiff, | ) | |
| v. | ) | Judge Firestone |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to an oral request by the Court, the parties, through their respective counsel of record, respectfully submit this joint status report regarding the parties' settlement negotiations.

The parties have determined a settlement amount that defendant's counsel plans to recommend to the appropriate Department of Justice representative, who has the authority to accept a settlement offer upon behalf of the United States. The parties anticipate that, assuming acceptance of defendant counsel's recommendation, a settlement agreement will be implemented approximately 30 days from the date of this joint status report.

Respectfully submitted,

s/Neil H. O'Donnell
NEIL H. O'DONNELL
Rogers Joseph O'Donnell & Phillips
311 California Street
San Francisco, California 94104
Tel. (415) 956-2828
Fax (415) 956-6457

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick by Donald E. Kinner
MARK A. MELNICK
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 305-3689
fax: (202) 305-7643

OF COUNSEL:

Suzanne Boyce Carlson
Office of the Solicitor
Pacific Southwest Region
1111 Jackson Street, Suite 735
Oakland, California 94607

November 13, 2007

Attorneys for Defendant