# In the United States Court of Federal Claims

**No. 06-116C**
**(Filed: November 14, 2007)**

* * * * * * * * * * * * * * * * * *

**CALIFORNIA OREGON BROADCASTING, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**ORDER**

The court is in receipt of the parties' joint status report, filed November 13, 2007, regarding the parties' settlement negotiations. The parties have determined a settlement amount, which is currently under review by the appropriate Department of Justice representative with authority to accept the settlement offer. The parties request additional time in order to finalize the settlement. The above-captioned case is **STAYED**. The parties shall file a joint status report regarding settlement by **Friday, December 14, 2007**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge