# In the United States Court of Federal Claims

**No. 06-116C**
**(Filed: December 17, 2007)**

* * * * * * * * * * * * * * * * *

**CALIFORNIA OREGON BROADCASTING, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER**

The court is in receipt of the parties' joint status report, filed December 14, 2007, indicating that defendant's counsel's recommendation is still being prepared for review by the appropriate Department of Justice officials. The parties request additional time in order to finalize the settlement. The above-captioned case remains **STAYED**. The parties shall file a joint status report regarding settlement by **Monday, January 14, 2008**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge