IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CALIFORNIA OREGON BROADCASTING, INC., | ) | |
| | ) | No. 06-116C |
| Plaintiff, | ) | |
| v. | ) | Judge Firestone |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR LEAVE OF
COURT TO FILE OUT OF TIME JOINT STATUS REPORT

Pursuant to Rule 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, the parties respectfully request leave to file their joint status report out of time.

On December 17, 2007, this Court entered an order staying this matter for 30 days and requiring the parties to file a joint status report on or before January 14, 2008. However, both defendant's counsel and plaintiff's counsel inadvertently missed the deadline for filing the joint status report. Defendant's counsel was unaware of the missed deadline until she received a call from Judge Firestone's assistant on or around January 30, 2008, reporting that a joint status report had not been received. We apologize for the oversight. Defendant's counsel promptly called plaintiff's counsel and agency counsel that same day to coordinate filing a joint status report as soon as possible.

Accordingly, the parties respectfully request that the Court allow them to file their joint status report out of time. We regret this error and will take steps to ensure that it will not occur in the future.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 305-3689
fax: (202) 305-7643

OF COUNSEL:

Suzanne Boyce Carlson
Office of the Solicitor
Pacific Southwest Region
1111 Jackson Street, Suite 735
Oakland, California 94607

Attorneys for Defendant

s/Neil H. O'Donnell
NEIL H. O'DONNELL
Rogers Joseph O'Donnell & Phillips
311 California Street
San Francisco, California 94104
Tel. (415) 956-2828
Fax (415) 956-6457
Attorney for Plaintiff

February 8, 2008