IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CALIFORNIA OREGON BROADCASTING, INC., | ) | |
| Plaintiff, | ) | No. 06-116C |
| v. | ) | Judge Firestone |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's December 17, 2007 order, the parties, through their respective counsel of record, respectfully submit this joint status report regarding the parties' settlement negotiations.

The parties have determined a monetary amount that the Government's attorney is prepared to recommend to Department of Justice officials with the requisite authority. The parties, however, have not yet agreed upon other terms relating to the proposed settlement. Accordingly, the parties respectfully request an additional 14 days from the date of this joint status report in order to determine whether a settlement may be reached.

Respectfully submitted,

s/Neil H. O'Donnell
NEIL H. O'DONNELL
Rogers Joseph O'Donnell & Phillips
311 California Street
San Francisco, California 94104
Tel. (415) 956-2828
Fax (415) 956-6457
Attorney for Plaintiff

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 305-3689
fax: (202) 305-7643

OF COUNSEL:

Suzanne Boyce Carlson
Office of the Solicitor
Pacific Southwest Region
1111 Jackson Street, Suite 735
Oakland, California 94607

February 8, 2008

Attorneys for Defendant