# In the United States Court of Federal Claims

**No. 06-116C**
**(Filed: February 12, 2008)**

* * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| **CALIFORNIA OREGON** | * |
| **BROADCASTING, INC.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

* * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the parties' joint motion, filed February 8, 2008, for leave to file out of time their joint status report. The motion for leave is **GRANTED**. The court will accept the status report attached to this motion in satisfaction of its order. In addition, the parties shall have until **Friday, February 29, 2008** to file a joint status report on their settlement progress.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge