# In the United States Court of Federal Claims

**No. 06-116C**
**(Filed: February 29, 2008)**

* * * * * * * * * * * * * * * * *
*
**CALIFORNIA OREGON** *
**BROADCASTING, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the parties' joint status report, filed February 28, 2008, indicating that the parties have determined a monetary amount and are currently working on other terms related to the proposed settlement. The parties request additional time in order to finalize the settlement. The above-captioned case remains **STAYED**. The parties shall file a joint status report regarding settlement by **Monday, March 31, 2008**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge