# In the United States Court of Federal Claims

**No. 06-116C**
**(Filed: April 2, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | * |
| **CALIFORNIA OREGON BROADCASTING, INC.,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * | * |

**ORDER**

The court is in receipt of the parties' joint status report, filed March 31, 2008, indicating that the parties have determined a monetary amount and are currently working on other terms related to the proposed settlement. The parties request additional time in order to finalize the settlement. The above-captioned case remains **STAYED**. The parties shall file a joint status report regarding settlement by **Monday, April 14, 2008**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge