# In the United States Court of Federal Claims

**No. 06-116C**
**(Filed: April 16, 2008)**

* * * * * * * * * * * * * * * * *
*
**CALIFORNIA OREGON** *
**BROADCASTING, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

The court is in receipt of the parties' joint status report, filed April 14, 2008, indicating that the Government's attorney has recommended a proposed settlement to the Department of Justice officials with the requisite authority to approve a settlement in the above-captioned case. The parties request an additional 14-days for officials to authorize the settlement. The above-captioned case remains **STAYED**. The parties shall file a joint status report regarding settlement by **Monday, April 28, 2008**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge