IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CALIFORNIA OREGON BROADCASTING, INC., | ) | |
| | ) | No. 06-116C |
| Plaintiff, | ) | |
| v. | ) | Judge Firestone |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's April 16, 2008 order, the parties, through their respective counsel of record, respectfully submit this joint status report regarding the parties' settlement negotiations.

The Government's attorney has recommended a proposed settlement to Department of Justice officials with the requisite authority to approve a settlement of this case, but that recommendation is still pending. The parties respectfully request an additional 14 days from the date of this joint status report in order to provide additional time for the authorized Department of Justice officials to approve the recommended settlement.

Accordingly, the parties respectfully request that they be permitted to submit another status report in 14 days, on or before May 12, 2008, regarding the progress of the proposed settlement, or to the extent the settlement is not approved, to suggest further proceedings for this matter. Should the parties resolve this matter prior to May 12, 2008, the parties will submit the appropriate document to this Court.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 305-3689
fax: (202) 305-7643

OF COUNSEL:

Suzanne Boyce Carlson
Office of the Solicitor
Pacific Southwest Region
1111 Jackson Street, Suite 735
Oakland, California 94607

Attorneys for Defendant

s/Neil H. O'Donnell
NEIL H. O'DONNELL
Rogers Joseph O'Donnell
311 California Street
San Francisco, California 94104
Tel. (415) 956-2828
Fax (415) 956-6457
Attorney for Plaintiff

April 28, 2008