# In the United States Court of Federal Claims

**No. 06-116C**
**(Filed: April 30, 2008)**

* * * * * * * * * * * * * * * * *

**CALIFORNIA OREGON BROADCASTING, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER**

The court is in receipt of the parties' joint status report, filed April 29, 2008, indicating that the Government's attorney has recommended a proposed settlement to the Department of Justice officials with the requisite authority to approve a settlement in the above-captioned case. The parties request an additional 14-days for officials to authorize the settlement. The above-captioned case remains **STAYED**. The parties shall file a joint status report regarding settlement by **Monday, May 12, 2008**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge