# In the United States Court of Federal Claims

**No. 06-116C**
**(Filed: May 28, 2008)**

* * * * * * * * * * * * * * * * *
*
**CALIFORNIA OREGON** *
**BROADCASTING, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

On April 30, 2008, the court issued an order staying the above-captioned case and setting a deadline of May 12, 2008 for the parties to file a joint status report informing the court of the parties' settlement progress. According to court records the parties have failed to file a joint status report. The parties shall have until **Wednesday, June 4, 2008** to show cause why the court should not set a trial date.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge