IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CALIFORNIA OREGON BROADCASTING, INC., | ) | |
| Plaintiff, | ) | No. 06-116C |
| v. | ) | Judge Firestone |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## JOINT RESPONSE TO ORDER TO SHOW CAUSE

Pursuant to the Court's May 28, 2008 order, the parties, through their respective counsel of record, respectfully submit this joint response to the Court's order to show cause why a trial date should not be set in this case in light of the parties' failure to file a status report on May 12, 2008 as previously ordered.

The parties respectfully request that no trial date be set in this matter, because a settlement has been approved by Department of Justice officials in this case, and the parties are currently circulating their agreement for signature. The parties apologize for any inconvenience to the Court that has occurred by reason of their failure to submit a joint status report by May 12, 2008. After the issuance of the Court's order establishing that deadline, former lead counsel for the Government left the Department of Justice for other employment, and the matter was transferred to new counsel unfamiliar with the case. During the same time frame, plaintiff's counsel was occupied by a major bid protest. The parties' failure to comply with the Court's order was inadvertent and will not be repeated.

The parties respectfully request that they be permitted to submit another status report in 14 days, on or before June 18, 2008, regarding the progress of the settlement. Should the parties resolve this matter prior to June 18, 2008, the parties will submit the appropriate document to

this Court.

Respectfully submitted,

s/ Neil H. O'Donnell
NEIL H. O'DONNELL
Rogers Joseph O'Donnell
311 California Street
San Francisco, California 94104
Tel. (415) 956-2828
Fax (415) 956-6457
Attorney for Plaintiff

GREGORY S. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald Kinner for s/ Mark Melnick
MARK A. MELNICK
Assistant Director

s/ A. Bondurant Eley
A. BONDURANT ELEY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 616-8254
fax: (202) 514-8624

OF COUNSEL:

Suzanne Boyce Carlson
Office of the Solicitor
Pacific Southwest Region
1111 Jackson Street, Suite 735
Oakland, California 94607

June 4, 2008

Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 4th day of June, 2008, a copy of the parties's Joint Response to Order to Show Cause was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ A. Bondurant Eley