# In the United States Court of Federal Claims

**No. 06-116C**
**(Filed: June 5, 2008)**

* * * * * * * * * * * * * * * * * *
*
**CALIFORNIA OREGON** *
**BROADCASTING, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

**ORDER**

The court is in receipt of the parties' response to the court's show cause order indicating that a settlement has been approved by the Department of Justice officials and the parties are currently circulating their agreement for signature. The parties request that they be allowed to submit a joint status regarding the progress of the settlement in 14 days. The parties' request is **GRANTED**. Accordingly, the case remains **STAYED**. The parties shall file a joint status report by **Wednesday, June 18, 2008**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge