IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CALIFORNIA OREGON BROADCASTING, INC., | ) | |
| | ) | No. 06-116C |
| Plaintiff, | ) | |
| v. | ) | Judge Firestone |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's June 5, 2008 order, the parties, through their respective counsel of record, respectfully submit this joint status report.

The parties are continuing to obtain the necessary signatures to finalize their settlement agreement. The parties respectfully request that they be permitted to submit another status report in 14 days, on or before July 2, 2008, regarding the progress of the settlement. Should the parties resolve this matter prior to July 2, 2008, the parties will submit the appropriate document to this Court.

Respectfully submitted,

s/ Neil H. O'Donnell
NEIL H. O'DONNELL
Rogers Joseph O'Donnell
311 California Street
San Francisco, California 94104
Tel. (415) 956-2828
Fax (415) 956-6457
Attorney for Plaintiff

GREGORY S. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald Kinner for s/Mark Melnick
MARK A. MELNICK
Assistant Director

s/ A. Bondurant Eley
A. BONDURANT ELEY
Attorney
Commercial Litigation Branch
Civil Division

Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 616-8254
fax: (202) 514-8624

OF COUNSEL:

Suzanne Boyce Carlson
Office of the Solicitor
Pacific Southwest Region
1111 Jackson Street, Suite 735
Oakland, California 94607

June 18, 2008

Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 18th day of June, 2008, a copy of the parties's Joint Response to Order to Show Cause was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ A. Bondurant Eley