# In the United States Court of Federal Claims

**No. 06-116C**
**(Filed: June 19, 2008)**

* * * * * * * * * * * * * * * * * *
*
**CALIFORNIA OREGON** *
**BROADCASTING, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the parties' joint status report, filed June 18, 2008, indicating that a settlement has been approved by the Department of Justice officials and the parties request an additional 14 days in order to obtain the necessary signatures. The parties' request is **GRANTED**. Accordingly, the case remains **STAYED**. The parties shall file a joint status report by **Wednesday, July 2, 2008**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge