IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CALIFORNIA OREGON BROADCASTING, INC., | ) | |
| Plaintiff, | ) | No. 06-116C |
| v. | ) | Judge Firestone |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's June 19, 2008 order, the parties, through their respective counsel of record, respectfully submit this joint status report.

The parties have executed a settlement agreement in this matter and the defendant is making the necessary arrangements to arrange for payment through the Judgment Fund. Defendant reasonably expects that payment will take between eight and twelve weeks. Accordingly, the parties request that the stay of this case continue, and that they be permitted to submit another status report in 50 days, on or before August 21, 2008. Should the plaintiff receive payment prior to August 21, 2008, the parties will submit the appropriate documents to this Court.

Respectfully submitted,

s/ Neil H. O'Donnell
NEIL H. O'DONNELL
Rogers Joseph O'Donnell
311 California Street
San Francisco, California 94104
Tel. (415) 956-2828
Fax (415) 956-6457
Attorney for Plaintiff

GREGORY S. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kenneth Dintzer for s/Mark Melnick
MARK A. MELNICK
Assistant Director

s/ A. Bondurant Eley
A. BONDURANT ELEY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 616-8254
fax: (202) 514-8624

OF COUNSEL:

Suzanne Boyce Carlson
Office of the Solicitor
Pacific Southwest Region
1111 Jackson Street, Suite 735
Oakland, California 94607

July 2, 2008

Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 2nd day of July, 2008, a copy of the parties's Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ A. Bondurant Eley