# In the United States Court of Federal Claims

**No. 06-116C**
**(Filed: July 3, 2008)**

* * * * * * * * * * * * * * * * *
**CALIFORNIA OREGON BROADCASTING, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * *

**ORDER**

The court is in receipt of the parties' joint status report, filed July 2, 2008, indicating that the parties have executed a settlement agreement and request additional time in order to make arrangements for payment. The parties' request is **GRANTED**. Accordingly, the case remains **STAYED until Monday, August 25, 2008** unless the court is notified before then that payment has been received.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge