IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CALIFORNIA OREGON BROADCASTING, INC., | ) | |
| | ) | No. 06-116C |
| Plaintiff, | ) | |
| v. | ) | Judge Firestone |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
TO SUBMIT JOINT STATUS REPORT

Pursuant to Rule 6(b), defendant hereby respectfully submits this request for an enlargement of time of eight days, to and including September 2, 2008, in which to submit a joint status report, or, if warranted, a joint stipulation of dismissal. Defendant requests that the case remained stayed until that time. Defendant's counsel has left word with plaintiff's counsel's secretary advising of her intention to file this motion for enlargement.

Pursuant to this Court's order of July 3, 2008, the deadline for the parties to submit a joint status report in this matter is today, August 25, 2008. In anticipation of the filing of a joint status report in this case, plaintiff's counsel confirmed to defendant's counsel after close of business on the East Coast on Friday, August 22, that the Judgment Fund has made payment upon the settlement agreement executed in this matter. Defendant has proposed that the parties proceed by way of a joint stipulation of dismissal, and supplied plaintiff's counsel with a draft stipulation this afternoon. Plaintiff's counsel has informed defendant that he is checking with his client regarding the dismissal. Despite their best efforts, due to scheduling constraints and the time difference, the parties have been unable to discuss these matters at length with each other during East Coast business hours today. An enlargement of time is necessary to allow the

defendant additional time to coordinate with plaintiff's counsel regarding the contents of their joint submission to this Court, whatever form that submission may take.

Accordingly, defendant respectfully requests an enlargement of time of eight days, to and including September 2, 2008, within which the parties may file either a joint status report or a joint stipulation of dismissal, and that the stay in this matter remain in place during that time.

Respectfully submitted,

GREGORY S. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ A. Bondurant Eley
A. BONDURANT ELEY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 616-8254
fax: (202) 514-8624

OF COUNSEL:

Suzanne Boyce Carlson
Office of the Solicitor
Pacific Southwest Region
1111 Jackson Street, Suite 735
Oakland, California 94607

August 25, 2008 Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 25th day of August, 2008, a copy of the Defendant's Motion for Enlargement Of Time To Submit Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ A. Bondurant Eley