# In the United States Court of Federal Claims

**No. 06-116C**
**(Filed: August 26, 2008)**

* * * * * * * * * * * * * * * * *
*
**CALIFORNIA OREGON** *
**BROADCASTING, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

Defendant's motion, filed August 22, 2008, for an enlargement of time within which to file a joint status report of a joint stipulation of dismissal is **GRANTED**. Accordingly, the parties shall have until **September 8, 2008** to file a joint stipulation of dismissal.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge