IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CALIFORNIA OREGON BROADCASTING, INC., | ) | No. 06-116C |
| Plaintiff, | ) | |
| v. | ) | Judge Firestone |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Rules of the United States Court of Federal Claims, the parties hereby stipulate that this action is voluntarily dismissed in its entirety, with prejudice, with each party to bear its own costs, expenses, and attorney fees.

Respectfully submitted,

GREGORY S. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Neil H. O'Donnell
NEIL H. O'DONNELL
Rogers Joseph O'Donnell
311 California Street
San Francisco, California 94104
Tel. (415) 956-2828
Fax (415) 956-6457
Attorney for Plaintiff

s/ A. Bondurant Eley
A. BONDURANT ELEY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 616-8254
fax: (202) 514-8624

OF COUNSEL:

Suzanne Boyce Carlson
Office of the Solicitor
Pacific Southwest Region
1111 Jackson Street, Suite 735
Oakland, California 94607

September 4, 2008

Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 4th day of September, 2008, a copy of the parties's Joint Stipulation of Dismissal was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ A. Bondurant Eley